# United States District Court

WESTERN DISTRICT OF WASHINGTON

TYLER HULBERT

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5141BHS

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The Court **REVERSES** the Administrative Law Judge's ("ALJ") decision because the ALJ improperly concluded that Plaintiff was not disabled, and

The Court **REMANDS** this matter to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

    April 29, 2010                                                  BRUCE RIFKIN
Date                                                                         Clerk

                                                                                      *s/CM Gonzalez*
                                                                                      Deputy Clerk